```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

ARGO DISTRIBUTION, LLC,
Successor in Interest to Terra International, Inc.      PLAINTIFF

VERSUS                          CIVIL ACTION NO: 5:10-cv-133-DCB-JMR

KEVIN ROBERTS, et al.                                   DEFENDANTS

## AGREED ORDER GRANTING SUMMARY JUDGMENT

Currently before the Court is the Motion for Summary Judgment of Plaintiff Agro Distribution, LLC, Successor in Interest to Terra International, Inc. [docket entry no. 11]. The parties have informed the Court that Defendants are in agreement with entry of Judgment against them as sought in the Amended Complaint and the Motion for Summary Judgment. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Agro Distribution, LLC, Successor in Interest to Terra International, Inc.'s Motion for Summary Judgment is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants Kevin Roberts and Hickory Ridge Farms, LLC, are liable to Plaintiff, jointly and severally, in the amount of $1,462,693.06, being principal, interest and attorneys' fees owed by Defendants under the applicable note(s).

**IT IS FURTHER ORDERED** that Defendants Kevin Roberts, Willoughby River Farms, Inc., and Carol Wilson, are liable to Plaintiff, jointly and severally, in the amount of $346,036.69, being principal, interest and attorneys' fees owed by Defendants

under the applicable note(s).

**IT IS FURTHER ORDERED** that Defendants Kevin Roberts, Deaton River Farms, Inc., and Garry E. Roberts, are liable to Plaintiff, jointly and severally, in the principal amount of $305,834.11, being principal, interest and attorneys' fees owed by Defendants under the applicable note(s).

**IT IS FURTHER ORDERED** that Defendants Kevin Roberts, Mudcreek River Farms, Inc. and Whitney Roberts, are liable to Plaintiff, jointly and severally, in the amount of $522,292.48, being principal, interest and attorneys' fees owed by Defendants under the applicable note(s).

**IT IS FURTHER ORDERED** that Plaintiff is awarded pre-judgment and post-judgment interest at the legal rate.

**SO ORDERED AND ADJUDGED**, this the 12th day of April 2011.

                                                    s/ David Bramlette
                                              **UNITED STATES DISTRICT JUDGE**